476 A.2d 102

Commonwealth v. Hill, Appellant.

Submitted March 5, 1984.

Richard J. Hodgson, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Order affirmed.

476 A.2d 102

Commonwealth v. Holder, Appellant.

Argued February 7, 1984.

Carmela R.M. Presogna, Assistant Public Defender, for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence affirmed.